**Hector LOYA–LOYA, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

**Francisco Chavez–Arguelles, Petitioner,**

v.

**Alberto R. Gonzales, Attorney General, Respondent.**

* The Honorable Samuel P. King, Senior United States District Judge for the District of Hawaii, sitting by designation.

**Francisco Chavez–Arguelles;  Hector Loya–Loya, Petitioners,**

v.

**Alberto R. Gonzales, Attorney General, Respondent.**

Nos. 03–74607, 03–74608.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Oct. 19, 2005.

Decided Feb. 23, 2006.

Hilary A. Han, Esq., Victoria J. Dobrin, Esq., Dobrin & Han, LLC, Seattle, WA, for Petitioners.

Ronald E. LeFevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, WWS–District Counsel, Immigration and Naturalization Service Office of the District Counsel, Seattle, WA, Patricia A. Smith, Esq., DOJ—U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: BRUNETTI and McKEOWN, Circuit Judges, and KING,* Senior District Judge.

SUPPLEMENTAL MEMORANDUM **

In a prior Memorandum, we dismissed in part (asylum), held in abeyance in part (withholding of removal), and denied in part (Convention Against Torture) petitioners' direct appeal petitions (Nos. 03–74607 and 03–74608); and we granted peti-

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

tioners' motion to reopen petition (No. 04–74012) and remanded to the Board of Immigration Appeals for reconsideration of petitioners' motion to reopen. On remand, the BIA vacated its prior decision, reopened removal proceedings, and remanded to the Immigration Judge for further consideration of petitioners' applications for asylum and withholding of removal.

In light of the BIA's decision, the remaining claims in case numbers 03–74607 and 03–74608 are moot and are hereby **DISMISSED.**